UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MILLIE PRESLEY SINGLETARY,**

    Plaintiff,

v.                                           Case No.  **8:05-cv-2094-T-30TBM**

**PRUDENTIAL INSURANCE COMPANY
OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    Before the Court is the Motion for Voluntary Dismissal With Prejudice (Dkt. #11).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Said Motion (Dkt. #11) is GRANTED.

    2.    This cause is dismissed with prejudice.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 12, 2006.

                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-2094.dismissal.wpd